UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENNIE HURTADO, | Case No. CV 06-3712 PSG (CT) |
| Petitioner, | |
| v. | **JUDGMENT** |
| DAVID L. RUNNELS, Warden, | |
| Respondent. | |

In accordance with the report and recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice.

DATED:  9/19/08

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE